# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HELEN L. DOERFLEIN,<br><br>          Plaintiff,<br><br>vs.<br><br>COMMISSIONER of SOCIAL SECURITY,<br><br>          Defendant. | Civil No. 17-cv-869-JPG-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Helen L. Doerflein and against defendant Commissioner of Social Security.

DATED: June 12, 2018

                                           **JUSTINE FLANAGAN,**
                                           **Acting Clerk of Court**

                                           **BY: s/Tina Gray, Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. PHIL GILBERT**
**U.S. District Judge**